IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | DELVIN JONES SR | ) | Chapter 13 |
| | SHARON R JONES | ) | |
| | | ) | Case No.  13 B 09766 |
| | Debtor(s) | ) | |
| | | ) | Judge Carol A Doyle |

NOTICE OF WITHDRAWAL OF TRUSTEE'S NOTICE OF FINAL CURE
MORTGAGE PAYMENT RE: RULE 3002.1

The Trustee's Notice of Final Cure Mortgage Payment re: Rule 3002.1 filed by Tom Vaughn Chapter 13 Trustee on September 12, 2017 is hereby withdrawn as the Notice of Final Cure Mortgage Payment re:  Rule 3002.1 was filed in error.

Dated October 11,2017

1